IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

FREDDY PERKINS,

    Petitioner,

v.

LOUIS WILLIAMS II,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 17-cv-692-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing the petition of Freddy Perkins for a writ of habeas corpus under 28 U.S.C. § 2241.

| /s/ | 9/25/2017 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |