IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
CASE# 17-CV-692-BBC

FREDDY PERKINS, JR.
Petitioner

v

LOUIS WILLIAMS, II
Respondent

DOC NO
REC'D/FILED
2017 OCT -4 AM 10: 10
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

NOTICE OF APPEAL

PLEASE TAKE NOTICE petitioner Perkins, Jr., hereby given that he is appealing to the United States Court of Appeals for the Seventh Circuit from the denial of his Petition for Writ of Habeas Corpus under 28 U.S.C.§2241 on Sept. 25, 2017 by the Honorable Judge Crabb of the United States District Court for the Western District of Wisconsin.

DATE: SEPTEMBER 30, 2017

RESPECTFULLY SUBMITTED:

FREDDY PERKINS, JR.# 17275-026

FEDERAL CORRECTIONAL INSTITUTION

P.O. BOX 1000

OXFORD, WISCONSIN 53952